John & Desi Gliha
303 SE 17th ST #309-194
Ocala, Florida  34471

October 19th 2009

John Gliha and Desi Gliha
    Complainants.

v.

Page Private School, Inc. and/or Pat Klindworth,
and/or Christine (unknown) and/or Mary Beth
Kaye and/or Mitra or Metra Wallace and/or Elizabeth
O'connor, doing business at:

10250 University BLVD
Orlando, Florida  32817

    Respondents

No. 6:09-MC-143-Orl-28GJK

## NOTICE OF COMPLAINT

    This complaint, made under oath or affirmation, is made against the following individuals; Pat Klindworth and/or Christine (unknown) and/or Mary Beth Kaye and/or Mitra or Metra Wallace and/or Elizabeth O'connor; hereafter, respondents.

    The reasons for this complaint are based upon the following testimony in response to the false accusations made by Mitra or Metra Wallace, who was substituting for Ms. Lorraine in Room 206:

    Desi and I have a reasonable expectation that we and our children will be treated with dignity and fairness at Page and according to social mores, our contract with the school and the laws that govern institutions such as Page Private School.  Our trust in the named respondents has been violated and their conduct toward our children and us is nothing short of despicable and deceitful. **These respondents secretly caused a police investigation involving our children based upon false and unverified information and disrupted our children's school day and traumatized them to a point where our daughter was crying all the way home and for a while after that until we could calm her down.** <u>We are not tolerating this attack against our family and the responsible individuals will provide the remedy.</u>  The named respondents had absolutely no authority, competence or qualification (licensing or bonding) to secretly (without cause and without our permission or our knowledge) disrobe our children in public and ask them questions about their genitalia and our private lives.  Without regard to the legal violations stated herein, shame on you and your parents should be ashamed of your conduct as well. Notice is hereby given that each named respondent has the right to remain silent and that any statements or information they provide henceforth can and will be used against each of them or all of them in a court of law.

    Until today, our children have been doing very well at Page, thanks solely to their teachers who care and as it happened today, a substitute teacher (Mitra or Metra Wallace) made one false accusation against us and this is the cause of our complaint.  <u>We believe and have reason to believe, based on statements made by our children, that Wallace has undertaken this action to conceal her sexual misconduct with our child and other children which may not yet have been discovered or reported.</u>

John & Desi Gliha
303 SE 17th ST #309-194
Ocala, Florida 34471

This complaint is made against each and every one of the named respondents, by John and Desi Gliha, who believe and have reason to believe that each is and has been involved in the following unauthorized or unlawful activity.

1. For their harassment of our three children whose names are being withheld because of their age.
2. willful misconduct or gross negligence or criminal misconduct
3. false imprisonment and terrorizing our children and mental anguish
4. breach of contract and material breach of contract or covenant
5. materially disrupting our children while attending school
6. Physical and/or sexual abuse or molestation and touching our children without our presence or permission
7. Making materially false statements to the police, false police reports and perjury
8. Unauthorized communication or contact with our children, without our permission or advance notification.
9. Violation of the trust and fiduciary obligations of a licensed school teacher or professional in the State of Florida.
10. Invasion of privacy and unauthorized disclosure of private information for an unofficial purpose.
11. Libel, defamation and slander
12. These unlawful acts, including but not limited to the unlawful search and seizure of private information, records and video-graphic and/or audio-graphic data, were taken by the Respondents against our children and our family without any warrant, affidavit, reasonable suspicion or probable cause.
13. The facility at the school is under video surveillance and we believe and have reason to believe that video or photographic images were taken of our children in the main office and possibly that audio recordings were made of the incident and that the main office may be the primary crime scene.

## REMEDY

We deny each and every allegation of any violation alleged against us as the parents of our children. We demand that all statements made by the respondents regarding the alleged child abuse be retracted, withdrawn and that an explanation of this conduct be made in writing within 24 hours of this notice.

It is now incumbent upon the respondents to provide the remedy in this matter by retracting their statements that gave rise to the incident and providing a written statement to the same. The consequence of refusing to remedy this situation is that it may become newsworthy and legal claims may be made against your licensing and bonding in this State. Failure to provide the remedy described herein shall constitute the express default and waiver of all claims and defenses for the respondents and an admission of liability.

## AFFIDAVIT

| | |
|---|---|
| STATE OF FLORIDA | ) |
| | ) ss |
| COUNTY OF ORANGE | ) |

John & Desi Gliha
303 SE 17th ST #309-194
Ocala, Florida 34471

We, John and Desi Gliha, do hereby solemnly affirm that the statements in the foregoing Notice of Complaint and in the following are true and correct, in substance and in fact, to wit:

1. We received a telephone call to 352-342-0848 at approximately 2:30 in the afternoon on October 19th 2009 from a woman identifying herself as "Elizabeth O'connor" from the Department of Health. She stated that she received a complaint from our school of child abuse.
2. Desi handed the telephone to John and she restated this information and asked for an interview at our home.
3. John stated that he denied any allegation of child abuse, that he did not have an agreement with her or her employer and he asked how she obtained our telephone number.
4. She stated that she obtained my wife's telephone number from the school and when I asked what school that was; she asked why I didn't know the name of the school that my children attended.
5. I then informed her that she had no authority to contact any member of our family and that I would not agree to any interviews with her and then I disconnected the telephone.
6. She called me back momentarily and when I answered and confirmed that it was the same woman, I informed her that she had the right to remain silent and that anything she said could and would be used against her in a court of law. I also stated that she was not authorized or permitted to contact me or any member of my family and I once again disconnected the telephone.
7. I then telephoned Pat Klindworth at Page Private School to ask about the incident and the report of child abuse. This was at approximately 2:40. Klindworth informed me that Mitra or Metra Wallace made a non-written or verbal report of child abuse to the police at Elizabeth O'connor's office with the Department of Health.
8. I requested any written records she had of this report and she informed me that she would be contacting her corporate office about the matter. I again requested that she provide me any written reports and again, she refused by evading the request and stating that she would be contacting her corporate office.
9. Klindworth neglected to inform me during our conversation that each of our three children were called from class and interviewed and their clothing removed and examined in the public office of the school by Elizabeth O'connor, Pat Klindworth, Christine (working in the main office) and Mary Beth Kaye.
10. Upon taking my children from school and placing them in the car around 3:55, they began telling us how "new teachers" took them to the office, removed their clothing (pants and underwear) and touched "my peepee, my butt and my stomach".
11. Upon discovering this, I returned to the school, located Klindworth and questioned her conduct and the conduct of her employees and her deliberate omission of the events in the office. She refused to answer.
12. I informed her that she did not have the authority to engage in these acts, and that this was done illegally without my permission or notice to me.
13. My daughter explained that Elizabeth O'connor asked for all the names of the people in our household, whether or not we were employed, and if we spanked her 9 month old sister and two brothers. O'connor also asked for our home address and other telephone numbers. After my daughter explained that we used to live in Ocala, then Pensacola and now Orlando, she

commented that we moved quite frequently. This conversation took place from the time we left the school until shortly after arriving home.

14. The Respondents were never given and do not have any power of attorney that would otherwise permit them to engage in the unlawful acts described in this testimony.

**NOTICE OF REVOCATION OF POWER OF ATTORNEY**

15. We hereby revoke any consent to medical treatment and revoke any powers of attorney or assumed powers of attorney given deliberately or by oversight to the respondents or their agents regarding all of our children.

16. We hereby waive, *nunc pro tunc*, any and all benefits offered to us by the State of Florida, Orange County and the City of Orlando or any other corporate or government organization.

17. We are afraid for the safety and security of our children at Page Private School and are therefore holding them out of school until this matter is resolved. As a result of this incident, we will be collecting our children's assignments from their teachers so that they do not fall too far behind, assuming we can resolve this matter quickly.

18. We reserve all rights, *nunc pro tunc*.

_____
John Gliha, Affiant

_____
Desislava Gliha, Affiant

SAMANTHA GONZALEZ
MY COMMISSION # DD74450
EXPIRES December 26, 2011
(407) 398-0153    FloridaNotaryService.com

STATE OF FLORIDA      )
                      ) ss
COUNTY OF ORANGE      )

Subscribed and Sworn to before me a notary public this 20 day of October 2009.

_____
(Signature) of Notary

**STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM**

| A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON |
|---|
| John Gliha, (352) 278-6983 |

| B. SEND ACKNOWLEDGEMENT TO: |
|---|
| Name: John Gliha |
| Address: c/o 303 SE 17th ST |
| Address: Suite 203-194 |
| City/State/Zip: Ocala, Florida [34471] |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** – INSERT ONLY ONE DEBTOR NAME (1a OR 1b) – Do Not Abbreviate or Combine Names

| 1.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| JOHN EDWARD GLIHA - TRUST (and/or any derivative thereof) | | | |
| 1.b INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 1.c MAILING ADDRESS Line One: Shaker Boulevard near E 116th ST | This space not available. | | |
| MAILING ADDRESS Line Two | CITY: Cleveland | STATE: OH / POSTAL CODE: 44120 | COUNTRY: USA |
| 1.d TAX ID# 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 / REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 1.e TYPE OF ORGANIZATION: TRUST | 1.f JURISDICTION OF ORGANIZATION: UNITED STATES | 1.g ORGANIZATIONAL ID# [✓] NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – INSERT ONLY ONE DEBTOR NAME (2a OR 2b) – Do Not Abbreviate or Combine Names

| 2.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2.b INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 2.c MAILING ADDRESS Line One | This space not available. | | |
| MAILING ADDRESS Line Two | CITY | STATE / POSTAL CODE | COUNTRY |
| 2.d TAX ID# / REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 2.e TYPE OF ORGANIZATION | 2.f JURISDICTION OF ORGANIZATION | 2.g ORGANIZATIONAL ID# [ ] NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – INSERT ONLY ONE SECURED PARTY (3a OR 3b)

| 3.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 3.b INDIVIDUAL'S LAST NAME: Gliha | FIRST NAME: John | MIDDLE NAME | SUFFIX |
| 3.c MAILING ADDRESS Line One: c/o SE 17th ST | This space not available. | | |
| MAILING ADDRESS Line Two: Suite 309-194 | CITY: Ocala | STATE: FL / POSTAL CODE: [34471] | COUNTRY |

**4. This FINANCING STATEMENT covers the following collateral:**

This is the entry of the Debtor in the Commercial Registry and the following property is hereby registered in the same, and any property not listed is included in the same: STATE OF OHIO Birth Certificate No. 134-68-087179 (copy attached); Social Security No. 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; Employer Identification No. 59-5053782; Security Agreement dated October 21, 2009 (original attached); All property is accepted for value and is Exempt from levy. Adjustment of this filing is from Public Policy HJR-192 and the Florida UCC 10-104. All proceeds, products, accounts, and fixtures and the Orders therefrom are released to the Secured Party's strawman. Debtor is a transmitting utility.

**5. ALTERNATE DESIGNATION (if applicable):** [ ] LESSEE/LESSOR  [ ] CONSIGNEE/CONSIGNOR  [ ] BAILEE/BAILOR  [ ] AG. LIEN  [ ] NON-UCC FILING  [ ] SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX
[ ] All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
[✓] Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**

STANDARD FORM - FORM UCC-1 (REV.01/2009)  Filing Office Copy  Approved by the Secretary of State, State of Florida

## COMMERCIAL SECURITY AGREEMENT

NON-NEGOTIABLE

All Property of JOHN EDWARD GLIHA - TRUST (and/or any derivative thereof), Debtor, of Shaker Boulevard near East 116th Street, Cleveland, OH 44120 is hereby the property and security of the Secured Party, John Gliha of c/o 303 SE 17th ST #309-194, Ocala, Florida [34471], and before any of the following property can be exchanged, sold, tendered or in any manner disposed of must be compensated to the Secured Party for the property. This property now owned and hereafter acquired includes, but not limited to, proceeds, products, accounts and fixtures held by JOHN EDWARD GLIHA. Any property not specifically listed, named or listed is included in the same, and that all property is joined to this SECURITY AGREEMENT by direct reference:

Birth Certificate for John Edward Gliha, Ohio Department of Health Certificate No. 134-68-087179; Social Security No. 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; EIN: 59-5053782; All property is accepted for value and is Exempt from levy. Adjustment of this filing is from Public Policy HJR-192 and the Florida Uniform Commercial Code 10-104. All proceeds, products, accounts, and fixtures and the Orders therefrom are released to the Secured Party's strawman. Debtor is a transmitting utility.

The Debtor agrees to notify all employers and creditors of the same, as all Debtor's property is of this date property of the Secured Party.

This privately held SECURITY AGREEMENT is not dischargeable in bankruptcy court as the property of the Secured Party is exempt from levy.

The Secured Party accepts all signatures in accord with UCC 3-419.

JOHN EDWARD GLIHA
Debtor                                    Secured Party

JURAT ACKNOWLEDGEMENT:

In the presence of:

State Of Florida    )
                    )  ss
County Of Orange    )

Subscribed and sworn to before me a Notary Public on this _21_ day of October 2009.



BETMARY BOSQUE
MY COMMISSION # DD798637
EXPIRES June 17, 2012
(407) 398-0153    FloridaNotaryService.com

Signature of Notary

# STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**
John Gliha, (352) 278-6983

**B. SEND ACKNOWLEDGEMENT TO:**
Name: John Gliha
Address: c/o 303 SE 17th ST
Address: Suite 309-194
City/State/Zip: Ocala, Florida [34471]

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** – INSERT ONLY ONE DEBTOR NAME (1a OR 1b) – Do Not Abbreviate or Combine Names

- 1.a ORGANIZATION'S NAME: NEFYRTITI GLIHA - TRUST (and/or any derivative thereof)
- 1.b INDIVIDUAL'S LAST NAME / FIRST NAME / MIDDLE NAME / SUFFIX:
- 1.c MAILING ADDRESS Line One: 1500 SW 1st AV
- MAILING ADDRESS Line Two: (This space not available.)
- CITY: Ocala | STATE: FL | POSTAL CODE: 34471 | COUNTRY: USA
- 1.d TAX ID#: 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
- 1.e TYPE OF ORGANIZATION: TRUST
- 1.f JURISDICTION OF ORGANIZATION: UNITED STATES
- 1.g ORGANIZATIONAL ID#: [✓] NONE

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – INSERT ONLY ONE DEBTOR NAME (2a OR 2b) – Do Not Abbreviate or Combine Names

(blank)

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – INSERT ONLY ONE SECURED PARTY (3a OR 3b)

- 3.b INDIVIDUAL'S LAST NAME: Gliha | FIRST NAME: John
- 3.c MAILING ADDRESS Line One: c/o 303 SE 17th ST
- MAILING ADDRESS Line Two: Suite 309-194
- CITY: Ocala | STATE: FL | POSTAL CODE: [34471] | COUNTRY: USA

**4. This FINANCING STATEMENT covers the following collateral:**

This is the entry of the Debtor in the Commercial Registry and the following property is hereby registered in the same, and any property not listed is included in the same: STATE OF FLORIDA Birth Certificate No. 109-2001-120249 (copy attached); Social Security No. 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; Employer Identification No. 00-0000000; Security Agreement dated October 21, 2009 (original attached); All property is accepted for value and is Exempt from levy. Adjustment of this filing is from Public Policy HJR-192 and the Florida UCC 10-104. All proceeds, products, accounts, and fixtures and the Orders therefrom are released to the Secured Party's strawman. Debtor is a transmitting utility.

**5. ALTERNATE DESIGNATION (if applicable)**: [ ] LESSEE/LESSOR  [ ] CONSIGNEE/CONSIGNOR  [ ] BAILEE/BAILOR  [ ] AG. LIEN  [ ] NON-UCC FILING  [ ] SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX
[ ] All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
[✓] Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**

STANDARD FORM - FORM UCC-1 (REV.01/2009)    Filing Office Copy    Approved by the Secretary of State, State of Florida

**COMMERCIAL SECURITY AGREEMENT**

NON-NEGOTIABLE

All Property of NEFYRTITI GLIHA-TRUST (and/or any derivative thereof), Debtor, of 1500 SW 1ST AV, Ocala, FL 34471 is hereby the property and security of the Secured Party, John Gliha of c/o 303 SE 17th ST #309-194, Ocala, Florida [34471], and before any of the following property can be exchanged, sold, tendered or in any manner disposed of must be compensated to the Secured Party for the property. This property now owned and hereafter acquired includes, but not limited to, proceeds, products, accounts and fixtures held by MITCHELL GLIHA. Any property not specifically listed, named or listed is included in the same, and that all property is joined to this SECURITY AGREEMENT by direct reference:

Birth Certificate for Nefyrtiti Gliha, Florida Department of Health Certificate No. 109-2001-120249; Social Security No. 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; EIN: 00-0000000; All property is accepted for value and is Exempt from levy. Adjustment of this filing is from Public Policy HJR-192 and the Florida Uniform Commercial Code 10-104. All proceeds, products, accounts, and fixtures and the Orders therefrom are released to the Secured Party's strawman. Debtor is a transmitting utility.

The Debtor agrees to notify all employers and creditors of the same, as all Debtor's property is of this date property of the Secured Party.

This privately held SECURITY AGREEMENT is not dischargeable in bankruptcy court as the property of the Secured Party is exempt from levy.

The Secured Party accepts all signatures in accord with UCC 3-419.

NEFYRTITI GLIHA
Debtor

_____
Secured Party

JURAT ACKNOWLEDGEMENT:

In the presence of:

State Of Florida         )
                         )    ss
County Of Orange         )

Subscribed and sworn to before me a Notary Public on this _21_ day of October 2009.

_____
Signature of Notary

BETMARY BOSQUE
MY COMMISSION # DD798637
EXPIRES June 17, 2012
(407) 398-0153    FloridaNotaryService.com

**STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM**

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**
John Gliha, (352) 278-6983

**B. SEND ACKNOWLEDGEMENT TO:**
Name: John Gliha
Address: c/o 303 SE 17th ST
Address: Suite 309-194
City/State/Zip: Ocala, Florida [34471]

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (1a OR 1b) – Do Not Abbreviate or Combine Names**

| 1.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| GLIHA - TRUST (and/or any derivative thereof) | | | |
| 1.b INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 1.c MAILING ADDRESS Line One | | | |
| 83 West Miller Street | This space not available. | | |
| MAILING ADDRESS Line Two | CITY: Orlando | STATE: FL / POSTAL CODE: 32806 | COUNTRY: USA |
| 1.d TAX ID# 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 | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 1.e TYPE OF ORGANIZATION: TRUST | 1.f JURISDICTION OF ORGANIZATION: UNITED STATES / 1.g ORGANIZATIONAL ID# ☑ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (2a OR 2b) – Do Not Abbreviate or Combine Names**

| 2.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2.b INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 2.c MAILING ADDRESS Line One | This space not available. | | |
| MAILING ADDRESS Line Two | CITY | STATE / POSTAL CODE | COUNTRY |
| 2.d TAX ID# | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 2.e TYPE OF ORGANIZATION | 2.f JURISDICTION OF ORGANIZATION / 2.g ORGANIZATIONAL ID# ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – INSERT ONLY ONE SECURED PARTY (3a OR 3b)**

| 3.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 3.b INDIVIDUAL'S LAST NAME: Gliha | FIRST NAME: John | MIDDLE NAME | SUFFIX |
| 3.c MAILING ADDRESS Line One | | | |
| c/o 303 SE 17th ST | This space not available. | | |
| MAILING ADDRESS Line Two: Suite 309-194 | CITY: Ocala | STATE: FL / POSTAL CODE: [34471] | COUNTRY: USA |

**4. This FINANCING STATEMENT covers the following collateral:**

This is the entry of the Debtor in the Commercial Registry and the following property is hereby registered in the same, and any property not listed is included in the same: STATE OF FLORIDA Birth Certificate No. 109-2,008,180,297 (copy attached); Social Security No. 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; Employer Identification No. 00-0000000; Security Agreement dated October 21, 2009 (original attached); All property is accepted for value and is Exempt from levy. Adjustment of this filing is from Public Policy HJR-192 and the Florida UCC 10-104. All proceeds, products, accounts, and fixtures and the Orders therefrom are released to the Secured Party's strawman. Debtor is a transmitting utility.

**5. ALTERNATE DESIGNATION (if applicable):** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ AG. LIEN ☐ NON-UCC FILING ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX**
☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
☑ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**

STANDARD FORM - FORM UCC-1 (REV.01/2009)   Filing Office Copy   Approved by the Secretary of State, State of Florida

## COMMERCIAL SECURITY AGREEMENT

NON-NEGOTIABLE

All Property of GLIHA-TRUST (and/or any derivative thereof), Debtor, of 83 West Miller Street, Orlando, FL 32806 is hereby the property and security of the Secured Party, John Gliha of c/o 303 SE 17th ST #309-194, Ocala, Florida [34471], and before any of the following property can be exchanged, sold, tendered or in any manner disposed of must be compensated to the Secured Party for the property. This property now owned and hereafter acquired includes, but not limited to, proceeds, products, accounts and fixtures held by GLIHA. Any property not specifically listed, named or listed is included in the same, and that all property is joined to this SECURITY AGREEMENT by direct reference:

Birth Certificate for Gliha, Florida Department of Health Certificate No. 109-2,008,180,297; Social Security No. 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; EIN: 00-0000000; All property is accepted for value and is Exempt from levy. Adjustment of this filing is from Public Policy HJR-192 and the Florida Uniform Commercial Code 10-104. All proceeds, products, accounts, and fixtures and the Orders therefrom are released to the Secured Party's strawman. Debtor is a transmitting utility.

The Debtor agrees to notify all employers and creditors of the same, as all Debtor's property is of this date property of the Secured Party.

This privately held SECURITY AGREEMENT is not dischargeable in bankruptcy court as the property of the Secured Party is exempt from levy.

The Secured Party accepts all signatures in accord with UCC 3-419.

GLIHA
Debtor

_____
Secured Party

JURAT ACKNOWLEDGEMENT:

In the presence of:

State Of Florida    )
                    )  ss
County Of Orange    )

Subscribed and sworn to before me a Notary Public on this _21_ day of October 2009.

_____
Signature of Notary

BETMARY BOSQUE
MY COMMISSION # DD798637
EXPIRES June 17, 2012
(407) 398-0153   FloridaNotaryService.com

# STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**
John Gliha, (352) 278-6983

**B. SEND ACKNOWLEDGEMENT TO:**
Name: John Gliha
Address: c/o 303 SE 17th ST
Address: Suite 309-194
City/State/Zip: Ocala, Florida [34471]

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (1a OR 1b) – Do Not Abbreviate or Combine Names**

| 1.a ORGANIZATION'S NAME |
|---|
| JOHN GLIHA - TRUST (and/or any derivative thereof) |

| 1.b INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1.c MAILING ADDRESS Line One | |
|---|---|
| 1000 West Moreno Street | This space not available. |

| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | Pensacola | FL | 32501 | USA |

| 1.d TAX ID# | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 1.e TYPE OF ORGANIZATION | 1.f JURISDICTION OF ORGANIZATION | 1.g ORGANIZATIONAL ID# |
|---|---|---|---|---|
| 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 | | TRUST | UNITED STATES | ☑ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (2a OR 2b) – Do Not Abbreviate or Combine Names**

| 2.a ORGANIZATION'S NAME |
|---|
| |

| 2.b INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2.c MAILING ADDRESS Line One | |
|---|---|
| | This space not available. |

| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2.d TAX ID# | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 2.e TYPE OF ORGANIZATION | 2.f JURISDICTION OF ORGANIZATION | 2.g ORGANIZATIONAL ID# |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3. SECURED PARTY'S NAME ( or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – INSERT ONLY ONE SECURED PARTY (3a OR 3b)**

| 3.a ORGANIZATION'S NAME |
|---|
| |

| 3.b INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Gliha | John | | |

| 3.c MAILING ADDRESS Line One | |
|---|---|
| c/o 303 SE 17th ST | This space not available. |

| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| Suite 309-194 | Ocala | FL | [34471] | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

This is the entry of the Debtor in the Commercial Registry and the following property is hereby registered in the same, and any property not listed is included in the same: STATE OF FLORIDA Birth Certificate No. 109-03154892 (copy attached); Social Security No. 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; Employer Identification No. 00-0000000; Security Agreement dated October 21, 2009 (original attached); All property is accepted for value and is Exempt from levy. Adjustment of this filing is from Public Policy HJR-192 and the Florida UCC 10-104. All proceeds, products, accounts, and fixtures and the Orders therefrom are released to the Secured Party's strawman. Debtor is a transmitting utility.

**5. ALTERNATE DESIGNATION (if applicable)**   ☐ LESSEE/LESSOR   ☐ CONSIGNEE/CONSIGNOR   ☐ BAILEE/BAILOR   ☐ AG. LIEN   ☐ NON-UCC FILING   ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX**
☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
☑ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**

STANDARD FORM - FORM UCC-1 (REV.01/2009)   Filing Office Copy   Approved by the Secretary of State, State of Florida

## COMMERCIAL SECURITY AGREEMENT

NON-NEGOTIABLE

All Property of JOHN GLIHA-TRUST (and/or any derivative thereof), Debtor, of 1000 West Moreno Street, Pensacola, FL 32501 is hereby the property and security of the Secured Party, John Gliha of c/o 303 SE 17th ST #309-194, Ocala, Florida [34471], and before any of the following property can be exchanged, sold, tendered or in any manner disposed of must be compensated to the Secured Party for the property. This property now owned and hereafter acquired includes, but not limited to, proceeds, products, accounts and fixtures held by MITCHELL GLIHA. Any property not specifically listed, named or listed is included in the same, and that all property is joined to this SECURITY AGREEMENT by direct reference:

Birth Certificate for John Gliha, Florida Department of Health Certificate No. 109-03154892; Social Security No. 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; EIN: 00-0000000; All property is accepted for value and is Exempt from levy. Adjustment of this filing is from Public Policy HJR-192 and the Florida Uniform Commercial Code 10-104. All proceeds, products, accounts, and fixtures and the Orders therefrom are released to the Secured Party's strawman. Debtor is a transmitting utility.

The Debtor agrees to notify all employers and creditors of the same, as all Debtor's property is of this date property of the Secured Party.

This privately held SECURITY AGREEMENT is not dischargeable in bankruptcy court as the property of the Secured Party is exempt from levy.

The Secured Party accepts all signatures in accord with UCC 3-419.

JOHN GLIHA
Debtor

Secured Party

JURAT ACKNOWLEDGEMENT:

In the presence of:

State Of Florida    )
                    )   ss
County Of Orange    )

Subscribed and sworn to before me a Notary Public on this 21 day of October 2009.

Signature of Notary

BETMARY BOSQUE
MY COMMISSION # DD798637
EXPIRES June 17, 2012
(407) 398-0153   FloridaNotaryService.com

# STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**
John Gliha, (352) 278-6983

**B. SEND ACKNOWLEDGEMENT TO:**
Name: John Gliha
Address: c/o 303 SE 17th ST
Address: Suite 309-194
City/State/Zip: Ocala, Florida [34471]

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** – INSERT ONLY ONE DEBTOR NAME (1a OR 1b) – Do Not Abbreviate or Combine Names

| 1.a ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| MITCHELL GLIHA - TRUST (and/or any derivative thereof) | | | | |
| 1.b INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 1.c MAILING ADDRESS Line One | | | | |
| 1000 West Moreno Street | This space not available. | | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| | Pensacola | FL | 32501 | USA |
| 1.d TAX ID# 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 | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 1.e TYPE OF ORGANIZATION TRUST | 1.f JURISDICTION OF ORGANIZATION UNITED STATES | 1.g ORGANIZATIONAL ID# ☑ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – INSERT ONLY ONE DEBTOR NAME (2a OR 2b) – Do Not Abbreviate or Combine Names

| 2.a ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2.b INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 2.c MAILING ADDRESS Line One | This space not available. | | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| 2.d TAX ID# | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 2.e TYPE OF ORGANIZATION | 2.f JURISDICTION OF ORGANIZATION | 2.g ORGANIZATIONAL ID# ☐ NONE |

**3. SECURED PARTY'S NAME** ( or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – INSERT ONLY ONE SECURED PARTY (3a OR 3b)

| 3.a ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 3.b INDIVIDUAL'S LAST NAME Gliha | FIRST NAME John | | MIDDLE NAME | SUFFIX |
| 3.c MAILING ADDRESS Line One c/o 303 SE 17th ST | This space not available. | | | |
| MAILING ADDRESS Line Two Suite 309-194 | CITY Ocala | STATE FL | POSTAL CODE [34471] | COUNTRY USA |

**4. This FINANCING STATEMENT covers the following collateral:**

This is the entry of the Debtor in the Commercial Registry and the following property is hereby registered in the same, and any property not listed is included in the same: STATE OF FLORIDA Birth Certificate No. 2006-019879 (copy attached); Social Security No. 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; Employer Identification No. 00-0000000; Security Agreement dated October 21, 2009 (original attached); All property is accepted for value and is Exempt from levy. Adjustment of this filing is from Public Policy HJR-192 and the Florida UCC 10-104. All proceeds, products, accounts, and fixtures and the Orders therefrom are released to the Secured Party's strawman. Debtor is a transmitting utility.

**5. ALTERNATE DESIGNATION (if applicable)**  ☐ LESSEE/LESSOR   ☐ CONSIGNEE/CONSIGNOR   ☐ BAILEE/BAILOR
☐ AG. LIEN   ☐ NON-UCC FILING   ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX
☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
☑ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**

STANDARD FORM - FORM UCC-1 (REV.01/2009)   Filing Office Copy   Approved by the Secretary of State, State of Florida

**COMMERCIAL SECURITY AGREEMENT**

NON-NEGOTIABLE

All Property of MITCHELL GLIHA-TRUST (and/or any derivative thereof), Debtor, of 1000 West Moreno Street, Pensacola, FL 32501 is hereby the property and security of the Secured Party, John Gliha of c/o 303 SE 17th ST #309-194, Ocala, Florida [34471], and before any of the following property can be exchanged, sold, tendered or in any manner disposed of must be compensated to the Secured Party for the property. This property now owned and hereafter acquired includes, but not limited to, proceeds, products, accounts and fixtures held by MITCHELL GLIHA. Any property not specifically listed, named or listed is included in the same, and that all property is joined to this SECURITY AGREEMENT by direct reference:

Birth Certificate for Mitchell Gliha, Florida Department of Health Certificate No. 2006-019879; Social Security No. 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; EIN: 00-0000000; All property is accepted for value and is Exempt from levy. Adjustment of this filing is from Public Policy HJR-192 and the Florida Uniform Commercial Code 10-104. All proceeds, products, accounts, and fixtures and the Orders therefrom are released to the Secured Party's strawman. Debtor is a transmitting utility.

The Debtor agrees to notify all employers and creditors of the same, as all Debtor's property is of this date property of the Secured Party.

This privately held SECURITY AGREEMENT is not dischargeable in bankruptcy court as the property of the Secured Party is exempt from levy.

The Secured Party accepts all signatures in accord with UCC 3-419.

MITCHELL GLIHA
Debtor

Secured Party

JURAT ACKNOWLEDGEMENT:

In the presence of:

State Of Florida      )
                      )   ss
County Of Orange      )

Subscribed and sworn to before me a Notary Public on this 21 day of October 2009.

Signature of Notary

BETMARY BOSQUE
MY COMMISSION # DD798637
EXPIRES June 17, 2012
(407) 398-0153    FloridaNotaryService.com