U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA (Orlando)

CASE NO.: 6:09-mc-00143-JA-GJK

JOHN GLIHA and DESI GLIHA

 Complainants/Plaintiffs,

v.

PAGE PRIVATE SCHOOL, INC., and/or PAT KLINDWORTH, and/or CHRISTINE (unknown) and/or MARY BETH KAYE and/or MITRA OR METRA WALLACE and/or ELIZABETH O'CONNOR, doing business as
10250 University Blvd.
Orlando, Florida 32817

 Respondents/Defendants.
_____/

### RESPONDENTS/DEFENDANTS MOTION TO DISMISS COMPLAINANTS/PLAINTIFFS NOTICE OF COMPLAINT

Respondents/Defendants, PAGE PRIVATE SCHOOL, INC., PAT KLINDWORTH, CHRISTINE (Unknown), MARY BETH KAYE, MITRA WALLACE, and/or METRA WALLACE d/b/a 10280 University Blvd., Orlando, Florida 32817, [hereinafter collectively "DEFENDANTS"], by and through their undersigned counsel, pursuant to Rule 12B(1-6) Federal Rules of Civil Procedure files this its Motion to Dismiss Complainants/Plaintiffs, JOHN GLIHA and DESI GLIHA [hereinafter collectively "PLAINTIFFS"], Notice of Complaint and Complaint and as grounds thereof states as follows:

1. PLAINTIFFS first filed a Notice of Complaint, which was stamped and received on October 21, 2009 at 1:48 p.m. in the U.S. District Court, Middle District of Florida in Orlando, Florida.

2. According to the docket text, PLAINTIFFS paid a miscellaneous recording fee of $39.00, but failed to pay the proper filing fee. Nonetheless, the matter was assigned to Judge John Antoon II, and referred to Magistrate Judge Gregory J. Kelly.

3. PLAINTIFFS have failed to have any Summonses issued or served upon any DEFENDANTS. PLAINTIFFS have further failed to obtain and forward any Notice of Lawsuit and Request for Waiver of Service of the Summonses, or file any Waivers of Service of Summons.

4. PLAINTIFFS have failed to allege any allegations whatsoever, which would bring this matter within the jurisdiction of the Federal Court.

5. No allegations appear to show or allege that jurisdiction is founded on Diversity of Citizenship and in excess of the sum specified in 28 USC §1372.

6. No allegations appear to show or allege that jurisdiction is founded on the existence of a federal question or a federal statute.

7. PLAINTIFFS further appear to have based their claim on an altercation caused by PLAINTIFF, John Gliha at DEFENDANT's private school. PLAINTIFFS Complaint is untrue and defamatory and fails to assert sufficient ultimate facts to allege any cause of action.

8. Based on the foregoing, DEFENDANTS move this Court to enter an Order dismissing this action pursuant to Rule 12B(1) – (6) Federal Rules of Civil Procedure, based upon as follows:

    a. lack of jurisdiction over subject matter;
    b. lack of jurisdiction over the person;
    c. improper venue;
    d. insufficiency of process;

 e. insufficiency of service of process; and

 f. failure to state a claim upon which relief can be granted.

9. DEFENDANTS further request that the Court summarily dismiss both PLAINTIFFS Notice of Complaint and Complaint or in the alternative accept the proposed Motion to Dismiss and set if for hearing as soon as counsel can be heard.

WHEREFORE, Defendants, PAGE PRIVATE SCHOOL, INC., PAT KLINDWORTH, CHRISTINE (Unknown), MARY BETH KAYE, MITRA WALLACE, and/or METRA WALLACE d/b/a 10280 University Blvd., Orlando, Florida 32817, respectfully requests this Court dismiss Plaintiffs, JOHN GLIHA and DESI GLIHA, Notice of Complaint and Complaint and grant such other further relief as the Court deems just and equitable.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the original of the foregoing has been electronically filed with the: U.S. Middle District Court of Florida, Clerk of Court, 401 W. Central Blvd., Ste. 1200, Orlando, Florida 32801; and a true and correct copy of the foregoing has been furnished by U.S. Mail to: John Gliha and Desi Gliha, 303 SE 17th Street, #309-194, Ocala, Florida 34471 on this __13th__ day of January, 2010.

RICHARD S. BERGHOLTZ, P.A.

_[signature]_

Richard S. Bergholtz, Esquire
3747 Lake Center Drive
Mount Dora, Florida 32757
Florida Bar #0493953
Phone: (352) 735-6938
Facsimile: (352) 735-9283
Counsel for Defendants