# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOHN GLIHA, and DESI GILHA,,**

                **Plaintiffs,**

**-vs-**                                             **Case No. 6:09-mc-143-Orl-28GJK**

**PAGE PRIVATE SCHOOL, INC., PAT KLINDWORTH, CHRISTINE, MARY BETH KAYE, MITRA OR METRA WALLACE, and ELIZABETH O'CONNOR,**

                **Defendants.**

_____

## ORDER

This cause is before the Court on Defendants' Motion to Dismiss Plaintiffs' Notice of Complaint (Doc. 2). Plaintiffs have not responded to the Motion to Dismiss and the time to do so has passed.

"To survive a motion to dismiss, a complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" Ashcroft v. Iqbal, 129 S.Ct. 1937, 1949 (2009) (quoting Bell Atl. Corp. V. Twombly, 550 U.S. 544, 570 (2007)). In considering a motion to dismiss brought under Federal Rule of Civil Procedure 12(b)(6), a court limits its "consideration to the well-pleaded factual allegations, documents central to or referenced in the complaint, and matters judicially noticed." LaGrasta v. First Union Sec.,

Inc., 358 F. 3d 840, 845 (11 Cir. 2004).  The "Notice of Complaint" (Doc. 1) and the documents attached to it do not contain sufficient factual matter to state a claim that is plausible on its face and therefore the Motion to Dismiss is **GRANTED.**

The "Notice of Complaint" is **DISMISSED**.  Plaintiffs filed their "Notice of Complaint" as a miscellaneous case and have done nothing further to advance this cause since filing in October, 2009.  Accordingly, the Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 26th day of March, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party